Ex parte EMMA RIVERS.
No. A-1974.   Opinion Filed April 28, 1913.
Petition for habeas corpus from Grady County.

F. E. Riddle, for petitioner.

Oscar Simpson, Co. Atty., and B. F. Holding, Asst. Co. Atty. for the State.

PER CURIAM. Petitioner being confined in the county jail of Grady county, Oklahoma, has applied for the issuance of a writ of habeas corpus in order that she may be admitted to bail pending trial on said charge. This application is made upon two grounds. First. That the proof is not evident or the presumption great that petitioner is guilty of the crime of which she is charged. Second. That petitioner is afflicted with a chronic disease which has been greatly aggravated by her imprisonment, and that her continued confinement in the county jail of Grady county pending her final trial upon said charge will result in a serious and permanent impairment of her health.

This court expresses no opinion as to the guilt or innocence of petitioner, but upon a consideration of the entire record, in view of the health of petitioner, the court is of the opinion that she should be admitted to bail in the sum of $10,000. It is therefore ordered that the application for writ of habeas corpus be sustained and that petitioner be admitted to bail in the sum of $10,000, to be approved by the clerk of the district court of Grady county.

DAN BEATS v. STATE.
No. A-1710.   Opinion Filed May 5, 1913.
Appeal from Superior Court, Pittsburg County;
W. C. Liedke, Judge.

Wilkerson & Keith, for appellant.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Appellant was convicted in the superior court of Pittsburg county for an assault with intent to murder, and his punishment was assessed at two years confinement in the penitentiary. From this judgment he appealed. The Attorney General has suggested to the court the death of appellant and that this cause be abated. It is therefore ordered by the court that this cause be abated and stricken from the docket.